UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27959
  BARBARA LYNN PREUSER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-7656


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/28/05 and confirmed on 04/04/06.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $   9571.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| BP OIL CARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | 3189.68 | .00 | 3189.68 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 2034.00 | .00 | 2034.00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DIGESTIVE HEALTH SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MENTAL HEALTH SER | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY CARDIOVASCULA | UNSECURED | NOT FILED | .00 | .00 |
| GUARDIAN ANESTHESIA ASSO | UNSECURED | NOT FILED | .00 | .00 |
| HARI P GADDE MD | UNSECURED | 290.00 | .00 | 290.00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KURTZ AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| OPTIMA MEDICAL ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY PRIMARY CARE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

```
SILVER CROSS HOSPITAL       UNSECURED       3657.10              .00      3657.10
VALLEY IMAGING CONSULTAN UNSECURED      NOT FILED                .00          .00
AMERICAN HOME MTGE          CURRENT MORTG      .00               .00          .00
          Summary of disbursements:
```

---

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|

---

```
TOTAL CLMS ALLOWED         .00        .00      9170.78          .00      9170.78
PRINCIPAL PAID             .00        .00      9170.78          .00      9170.78
INTEREST PAID              .00        .00           .00         .00          .00
TOTAL PAID                 .00        .00      9170.78          .00      9170.78
```

The Debtor's attorney, ILLINI LEGAL SRVS           , was allowed $      .00
and was paid $      .00 .

The Trustee received $     399.63 .

Refunds to the Debtor totaled $      .59 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE